**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| | : | **MDL DOCKET NO. 4:03-CV-1507-BRW** |
| **IN RE:** | : | |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |

**ORDER**

Plaintiff's pending Motions to Dismiss are GRANTED in the cases listed below and the cases are DISMISSED with prejudice:

4:04-cv-00372-BRW Demoville et al v. Wyeth Inc et al
4:04-cv-00386-BRW Demme v. Wyeth Inc et al
4:04-cv-00387-BRW Stack et al v. Wyeth Inc et al
4:04-cv-00520-BRW Freeman et al v. Wyeth Inc et al
4:04-cv-01111-BRW Helms, et al v. Wyeth, et al

4:04-cv-01164-BRW Hasley et al v. Wyeth Inc et al
4:04-cv-01165-BRW Van Houten et al v. Wyeth Inc et al
4:04-cv-02259-BRW Frailey, et al v. Wyeth Inc, et al
4:05-cv-00439-BRW McCadden v. Wyeth Inc, et al
4:05-cv-00581-BRW Rigger, et al v. Wyeth Inc, et al

4:05-cv-00833-BRW Franklin, et al v. Wyeth
4:05-cv-00881-BRW Musgrove v. Wyeth Inc et al
4:05-cv-00882-BRW Hamby v. Wyeth Inc et al
4:05-cv-00958-BRW Mooney v. Wyeth Inc et al
4:05-cv-01113-BRW Sage v. Wyeth Inc et al

4:05-cv-01114-BRW Jones v. Wyeth Inc et al
4:05-cv-01116-BRW Redd-Owens et al v. Wyeth Inc et al
4:05-cv-01353-BRW Tsakeres et al v. Wyeth Inc et al
4:05-cv-01603-BRW LeBlanc et al v. Wyeth Inc et al
4:06-cv-00293-BRW Waddell v. Wyeth Inc et al

4:06-cv-00566-BRW Hyman et al v. Wyeth Inc et al
4:06-cv-00632-BRW Graves v. Wyeth Inc et al
4:06-cv-00812-BRW Carper et al v. Wyeth Inc et al
4:07-cv-00288-BRW Cheek v. Wyeth Inc et al
4:07-cv-00657-BRW Cooper v. Wyeth Inc et al

4:07-cv-00661-BRW Scheets et al v. Wyeth Inc et al
4:07-cv-00666-BRW Schlaffman v. Wyeth Inc et al
4:08-cv-00300-BRW Genduso et al v. Wyeth Inc et al
4:08-cv-00316-BRW Gustafson et al v. Wyeth Inc et al
4:08-cv-00351-BRW Constien et al v. Wyeth Inc et al

4:08-cv-00451-BRW Kaufmann et al v. Wyeth Inc et al
4:08-cv-00475-BRW Murdock v. Wyeth Inc et al
4:08-cv-00490-BRW Stainbrook v. Wyeth Inc et al
4:08-cv-00660-BRW Duval et al v. Wyeth Inc et al
4:08-cv-00777-BRW Corona et al v. Wyeth Inc et al

4:08-cv-00780-BRW Raab et al v. Wyeth Inc et al
4:08-cv-00812-BRW England et al v. Wyeth Inc et al
4:08-cv-00814-BRW Gorce et al v. Wyeth Inc et al
4:08-cv-00815-BRW Baxter v. Wyeth Inc et al
4:08-cv-00818-BRW Cooley et al v. Wyeth Inc et al

4:08-cv-00820-BRW Mangold et al v. Wyeth Inc et al
4:08-cv-00823-BRW Wade et al v. Wyeth Inc et al
4:08-cv-00972-BRW Lachs et al v. Wyeth Inc et al
4:08-cv-01142-BRW Rose et al v. Wyeth Inc et al
4:08-cv-01145-BRW Shimanek et al v. Wyeth Inc et al

4:08-cv-01148-BRW Long et al v. Wyeth Inc et al
4:08-cv-01178-BRW Todd v. Wyeth Inc et al
4:08-cv-01197-BRW Corning et al v. Pharmacia & Upjohn Company LLC et al
4:08-cv-01198-BRW Simmons v. Pharmacia & Upjohn Company LLC et al
4:08-cv-01200-BRW Strode v. Pharmacia & Upjohn Company LLC et al

4:08-cv-01213-BRW Hawkins et al v. Wyeth Inc et al
4:08-cv-01221-BRW Tinkham et al v. Wyeth Inc et al
4:08-cv-01244-BRW McGuire et al v. Wyeth Inc et al
4:08-cv-01252-BRW Doan et al v. Wyeth Inc et al
4:08-cv-01255-BRW McCue v. Wyeth Inc et al

4:08-cv-01258-BRW Filippi v. Wyeth Inc et al
4:08-cv-01260-BRW Cannon v. Wyeth Inc et al
4:08-cv-01261-BRW Cresci et al v. Wyeth Pharmaceuticals Inc
4:08-cv-01262-BRW Grande v. Wyeth Inc et al
4:08-cv-01263-BRW Mierau v. Wyeth Inc et al

4:08-cv-01265-BRW Pascaran et al v. Wyeth Inc et al
4:08-cv-01337-BRW Caja et al v. Wyeth Inc et al
4:08-cv-01338-BRW Chick et al v. Wyeth Inc et al
4:08-cv-01340-BRW Basile-Getz et al v. Wyeth Inc et al
4:08-cv-01344-BRW Gladstone et al v. Wyeth Inc et al

4:08-cv-01356-BRW Hung v. Wyeth Inc et al
4:08-cv-01358-BRW Johnson et al v. Wyeth Inc et al
4:08-cv-01359-BRW Juliussen et al v. Wyeth Inc et al
4:08-cv-01434-BRW Mayz et al v. Wyeth Inc et al
4:08-cv-01437-BRW Llacera v. Wyeth Inc et al

4:08-cv-01438-BRW Hamilton et al v. Wyeth Inc et al
4:08-cv-01459-BRW Martinez et al v. Wyeth Inc et al
4:08-cv-01456-BRW Katsuleris et al v. Wyeth Inc et al
4:08-cv-01459-BRW Martinez et al v. Wyeth Inc et al
4:08-cv-01460-BRW Krause v. Wyeth Inc et al

4:08-cv-01461-BRW Bambauer v. Wyeth Inc et al
4:08-cv-01463-BRW Poindexter v. Wyeth Inc et al
4:08-cv-01486-BRW Stankard et al v. Wyeth Inc et al
4:08-cv-01496-BRW Dillon v. Wyeth Inc et al
4:08-cv-01504-BRW Fields v. Wyeth Inc et al

4:08-cv-01505-BRW Spector et al v. Wyeth Inc et al
4:08-cv-01508-BRW Lee et al v. Wyeth Inc et al
4:08-cv-01569-BRW Sciacca et al v. Wyeth Inc et al
4:08-cv-01570-BRW Olson et al v. Wyeth Inc et al
4:08-cv-01572-BRW Atkins et al v. Wyeth Inc et al

4:08-cv-01573-BRW Shapiro et al v. Wyeth Inc et al
4:08-cv-01577-BRW Glynn v. Wyeth Inc et al
4:08-cv-01579-BRW Melnick et al v. Wyeth Inc et al
4:08-cv-01593-BRW Hildreth et al v. Wyeth Inc et al
4:08-cv-01611-BRW Harke et al v. Wyeth Inc et al

4:08-cv-01618-BRW Younger v. Wyeth Inc et al
4:08-cv-01624-BRW Kaidanow et al v. Wyeth Inc et al
4:08-cv-01625-BRW Jackson v. Wyeth Inc et al
4:08-cv-01641-BRW Vahldick v. Wyeth Inc et al
4:08-cv-01643-BRW Filbert v. Wyeth Inc et al

4:08-cv-01646-BRW Dunn et al v. Wyeth Inc et al
4:08-cv-01647-BRW Price v. Wyeth Inc et al
4:08-cv-01672-BRW Landreth et al v. Wyeth Inc et al
4:08-cv-01678-BRW Chubb et al v. Wyeth Inc et al
4:08-cv-01716-BRW Tremblay et al v. Wyeth Inc et al

4:08-cv-01717-BRW Peterson v. Wyeth Inc et al
4:08-cv-01718-BRW Brooks et al v. Wyeth Inc et al
4:08-cv-01721-BRW Billeter v. Wyeth Inc et al
4:08-cv-01725-BRW Fortune v. Wyeth Inc et al
4:08-cv-01730-BRW Geiger v. Wyeth Inc et al

4:08-cv-01736-BRW Kerschman et al v. Wyeth Inc et al
4:08-cv-01737-BRW Kilerlane v. Wyeth Inc et al
4:08-cv-01739-BRW Kreitzburg et al v. Wyeth Inc et al
4:08-cv-01740-BRW Rube v. Wyeth Inc et al
4:08-cv-01744-BRW Todzia et al v. Wyeth Inc et al

4:08-cv-01746-BRW Booker v. Wyeth Inc et al
4:08-cv-01748-BRW Thompson et al v. Wyeth Inc et al
4:08-cv-01750-BRW Ray v. Wyeth Inc et al
4:08-cv-01753-BRW Hicks Lee v. Wyeth Inc et al
4:08-cv-03594-BRW Scarbrough v. Wyeth Inc et al

4:09-cv-00391-BRW Lybrand v. Wyeth Inc et al

IT IS SO ORDERED this 8th day of February, 2012.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE